**No. 50940.**—Protest 80059–K of Lun Tai & Co. (New York).

Opinion by OLIVER, P. J. At the trial a Government chemist testified that he had analyzed samples of the merchandise and found them to consist entirely of synthetic phenolic resin with a little pigment, and that the synthetic resin was not a binding agent. The case was submitted, plaintiff citing Abstract 50190. Upon the record presented and following the authority cited, the chopsticks in question were held properly dutiable at 20 percent under paragraph 1558 as claimed.